Order; Dissent by Judge
O’SCANNLAIN.
ORDER
David Aranda Rodriguez has filed a petition for rehearing en banc in this consolidated matter. Rodriguez has had a long-term presence in the United States and has two United States citizen daughters, one of whom suffers from asthma. He does not appear to have any criminal convictions.
In light of ICE Director John Morton’s June 17, 2011 memo regarding prosecutorial discretion, and the November 17, 2011 follow-up memo providing guidance to ICE Attorneys, the government shall advise the court by March 19, 2012, whether the government intends to exercise prosecutorial discretion in this case and, if so, the effect, if any, of the exercise of such discretion on any action to be taken by this court with regard to Petitioner’s pending petition for rehearing.